AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

PHOEBE NICOLE HARRIS

*Plaintiff(s)*

v.

NCB Management Services, Inc. and FIRST CREDIT SERVICES, LLC

*Defendant(s)*

Civil Action No. 4:26-cv-9466

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NCB Management Services, Inc.by serving its registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Beth Clark
Texas State Bar No. 24043761
Ciment Law Firm, PLLC
400 E. Weatherford St., Fort Worth, TX 76102
T: (833) 663-3289
E: amy@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: October 28, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

*s/ Jacqueline Mata*

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Civil Action No. 4:26-cv-9466

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________, a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

SERVICE RETURN ATTACHED

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:26-CV-09466

Plaintiff:
**Phoebe Nicole Harris**
vs.
Defendant:
**NCB Management Services, Inc. et al.**

For: Ciment Law Firm, PLLC

Received these papers on the 3rd day of November, 2026 at 9:09 am to be served on **NCB Management Services, Inc. by serving its registered agent, CT Corporation System, 1999 Bryan St, Suite 900, Dallas, Dallas County, TX 75201** I, Caleb Malone, being duly sworn, depose and say that on the 3 day of November, 20 26 at 11:09 Am., executed service by delivering a true copy of the **Summons in a Civil Action Plaintiff's Original Complaint** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to Shaina Fenimore (individual accepting) as Intake Manager (title), at 1999 Bryan St, Suite 900 (street), Dallas (city), Texas (state) 75201 (zip code) Dallas (county).

( ) PUBLIC AGENCY: By delivering to ______ (individual accepting) as ______ (title) of the within-named agency at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) SUBSTITUTE SERVICE: By delivering to ______ (individual accepting) as ______ (relationship/title) at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) GOVERNMENT AGENCY: By delivering to ______ (individual accepting) as ______ (title) of the within-named agency at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** ______

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 3 day of November, 2026 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2028
Notary ID 129009133

[signature]
PROCESS SERVER # PSC1574 exp 10/31/27
Appointed in accordance with State Statutes

Our Job Serial Number: 2026013553
Ref: Phoebe Nicole Harris

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
(512) 717-5600

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i