**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PHOEBE NICOLE HARRIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-9466** |
| | § | |
| **NCB MANAGEMENT SERVICES, INC.** | § | |
| **AND FIRST CREDIT SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, NCB Management Services, Inc. ("NCB"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby requests this Court enter an Order granting NCB an extension of time until December 24, 2026, to respond to the Complaint filed by Plaintiff, Phoebe Nicole Harris ("Plaintiff"), and states:

1. Plaintiff served NCB with the Summons and Complaint on November 3, 2026.

2. The current deadline for NCB to file responsive pleadings to the Complaint is November 24, 2026. This is our first request for an extension.

3. Counsel for NCB is still investigating and is in contact with opposing counsel about an amicable solution.

4. NCB's counsel has conferred with Counsel for Plaintiff, who has indicated she is unopposed to a 30-day extension of time, until December 24, 2026, for NCB to respond to the Complaint. This will also closely align NCB's responsive pleading date with

that of co-defendant First Credit Services, LLC, whose responsive pleading is due December 29, 2026. *See* Dkt. No. 8.

5. This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this Motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, NCB Management Services, Inc. respectfully requests the Court to grant this Unopposed Motion for an Extension of Time to File a Response to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Michael D. Alltmont*

Michael D. Alltmont
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: malltmont@sessions.legal

*Attorney for Defendant,*
*NCB Management Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Texas, Houston Division, and served via CM/ECF upon the following:

Amy Beth Clark
221 Bella Katy Drive
Katy, TX 77494
Tele.: (210) 294-9273
amy@cimentlawfirm.com

*Attorney for Plaintiff*

*/s/ Michael D. Alltmont*
Michael D. Alltmont