**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PHOEBE NICOLE HARRIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-9466** |
| | § | |
| **NCB MANAGEMENT SERVICES, INC.** | § | |
| **AND FIRST CREDIT SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

After considering Defendant, NCB Management Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, NCB Management Services, Inc., shall have until December 24, 2026, to respond to the Complaint.

Dated: ______________________ ________________________________________

JUDGE NICHOLAS J. GANJEI
UNITED STATES DISTRICT COURT